UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**DENIS MURTIC,**
Plaintiff,

AUG 3 2026 AM11:25
FILED-USDC-CT-HARTFORD

v.

**CAPITAL ONE, N.A.** and **DISCOVER FINANCIAL SERVICES,**
Defendants.

## COMPLAINT

## I. PARTIES

1. Plaintiff Denis Murtic is a resident of Farmington, Connecticut.
2. Defendant Capital One, N.A., furnishes credit information to consumer reporting agencies and conducts business in Connecticut.
3. Defendant Discover Financial Services furnishes credit information to consumer reporting agencies and conducts business in Connecticut.

## II. JURISDICTION

1. This action arises under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681 et seq.
2. This Court has jurisdiction under 28 U.S.C. § 1331.

## III. FACTUAL ALLEGATIONS

1. Plaintiff reviewed his consumer credit reports and discovered inaccurate and/or unverified credit card accounts being reported in his name.
2. Plaintiff formally disputed the reporting of these accounts and requested that Defendants provide competent documentary evidence supporting the reporting.
3. Specifically, Plaintiff requested:
   - The original signed application or cardholder agreement.
   - A complete payment history.
   - Monthly billing statements.
   - Documentation establishing Plaintiff's legal responsibility for the accounts.
   - Documents relied upon during any reinvestigation. AFFIDAVIT OF FACT.pdf

4. Despite Plaintiff's requests, Defendants failed to provide the requested documentary evidence.
5. The disputed accounts continued to be reported on Plaintiff's consumer credit reports, causing damage to his credit profile and financial opportunities.
6. Plaintiff filed complaints with the Consumer Financial Protection Bureau seeking assistance.
7. In response to Plaintiff's CFPB complaint, Capital One asserted that it attempted to contact Plaintiff but was unable to reach him and therefore declined to address the substance of the complaint because it believed it may have been submitted by an unauthorized third party.
8. Plaintiff denies receiving any telephone call, voicemail, or other attempted contact from Capital One concerning the CFPB complaint and alleges that Capital One failed to properly investigate his dispute.
9. Plaintiff alleges that Discover likewise failed to provide competent documentary evidence supporting the disputed account despite Plaintiff's requests.
10. As a result of Defendants' actions, Plaintiff's credit score declined, impairing his ability to obtain financing and causing financial harm.

**COUNT I**

**Violation of the Fair Credit Reporting Act**

1. Plaintiff incorporates the preceding paragraphs.
2. Defendants failed to conduct a reasonable investigation into Plaintiff's disputes as required by the FCRA, if proven.
3. Defendants continued furnishing disputed information without providing the documentary support Plaintiff requested.
4. Plaintiff suffered damages as a result.

**PRAYER FOR RELIEF**

Plaintiff requests that the Court:

A. Award actual damages.

B. Award statutory damages to the extent authorized by law.

C. Award punitive damages if the evidence establishes a willful violation of the FCRA.

D. Award costs and any attorney's fees authorized by statute.

E. Grant such other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.